**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CORETTA JOHNSON | CIVIL ACTION NO. 26-1218 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| AMAZON.COM SERVICES, LLC | MAGISTRATE JUDGE HORNSBY |

# **JUDGMENT**

The Court having reviewed the Report and Recommendation of the Magistrate Judge, noting no objections were filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that defendant Amazon.com Services, LLC's Motion to Dismiss, Record Document 11, is **GRANTED** and all claims in this civil action are **DISMISSED WITHOUT PREJUDICE** based on the claim splitting doctrine.

**DONE AND SIGNED** at Shreveport, Louisiana, this 9th day of November, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE